# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:23-CV-02451-DOC-KES                              Date: January 10, 2024

Title: DAVID NEAL WHITING ET AL. V. COUNTY OF ORANGE ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CONSOLIDATED**

In light of the Notice of Related Cases (Dkt. 5), Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be consolidated with the existing matter *Susan Ann Smith v. County of Orange et al*, 8:23-cv-02426-DOC-KES. The Notice indicated this case involves the same parties and is based on the same or similar claims. Moreover, both cases are wrongful death actions and "[t]he wrongful death statute has been interpreted to authorize only a single action, in which all the decedent's heirs must join." *Romero v. Pac. Gas & Elec. Co.*, 156 Cal. App. 4th 211, 216 (2007).

Plaintiff is **ORDERED** to submit by January 15, 2024 at 5 pm a response to this Order.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                     Initials of Deputy Clerk: kdu

CIVIL-GEN